Jason M. Drangel (JMD 7204)
jdrangel@ipcounselors.com
Brian D. O'Reilly (BO 1529)
boreilly@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

Justin H. Scheier, Esq.
The Scheier Law Firm, LLC
60 Washington Street - Suite 102G
Morristown, New Jersey 07960
Telephone: (201) 568-3210
Facsimile: (201) 426-2347

*Attorneys for Plaintiff*
*Inventel Products, LLC*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVENTEL PRODUCTS, LLC,<br>*Plaintiff*<br><br>v.<br><br>JOHN DOE,<br>*Defendant* | CIVIL ACTION NO. 1:16-cv-01093-LAK |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventel Products, LLC, by its undersigned attorneys, hereby gives notice of the dismissal of the above-captioned action, without prejudice, and with each party to bear its own attorney's fees, costs and expenses.

Dated: March 9, 2016

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: /s/ Brian D. O'Reilly
Brian D. O'Reilly (BO 1329)
boreilly@ipcounselors.com
Jason M. Drangel (JMD 7204)
jdrangel@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

Justin H. Scheier, Esq.
The Scheier Law Firm, LLC
60 Washington Street - Suite 102G
Morristown, New Jersey 07960
Telephone: (201) 568-3210
Facsimile: (201) 426-2347

*Attorneys for Plaintiff*
*Inventel Products, LLC*

SO ORDERED AND SIGNED this __11__ day of __March__, 2016.

_____
Judge Lewis A. Kaplan
United States District Judge

2